UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | CASE NO: 4:17-MJ-103 |
| 2115 HARDEN STREET, SAVANNAH, GEORGIA 31415; 512 WEST 38TH STREET, SAVANNAH, GEORGIA 31415; 512 B WEST 38TH STREET, SAVANNAH, GEORGIA 31415; AND 819 WEST 38TH STREET, SAVANNAH, GEORGIA 31415 | )))))))) | |

## ORDER

Upon motion of the United States, it is ORDERED that the above-referenced search warrants and supporting affidavits be unsealed, effective immediately.

This 29th day of November, 2017.

Honorable G.R. Smith
United States Magistrate Court
Southern District of Georgia